IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL RICARDO DOMINGUEZ,<br><br>Petitioner,<br><br>vs.<br><br>RAYMOND MADDEN, Acting Warden, California State Prison, Centinela,<br><br>Respondent. | No. 2:13-cv-02114-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 24] |

  At Docket No. 24, Gabriel Ricardo Dominguez, a state prisoner proceeding *pro se*, filed a letter dated August 16, 2015, requesting an extension of time to file a request for a certificate of appealability. This Court denied Dominguez habeas relief and a certificate of appealability on July 27, 2015. Docket Nos. 22, 23. It appears that Dominguez seeks an extension of time to file a request for a certificate of appealability from the Ninth Circuit Court of Appeals.

  The record indicates, however, that Dominguez has not yet filed a notice of appeal with this Court, which is the first step required for appealing from this Court's denial of his habeas petition. *See* FED. R. APP. P. 4(a)(1)(A). A notice of appeal from a judgment rendered under 28 U.S.C. § 2254 must be filed within 30 days after entry of the judgment. *Id.* The notice must include "the party or parties taking the appeal by naming each one in the caption or body of the notice," "the judgment, order, or part thereof being appealed," and "the court to which the appeal is taken." FED. R. APP. P. 3(c)(1).

  Dominguez's submission at Docket No. 24 contains the information required under Rule 3(c)(1) and was timely filed under Rule 4(a)(1)(A). The Court will therefore construe the filing as a timely-filed notice of appeal. With respect to his motion for an extension of time to file a

request for a certificate of appealability, however, because this Court has already denied Dominguez a certificate of appealability, Dominguez must request a certificate of appealability from the Court of Appeals.  Any relief sought with respect to that request must also be directed to the Court of Appeals.

**IT IS THEREFORE ORDERED THAT** Dominguez's filing at Docket No. 24 will be construed as a timely-filed notice of appeal.

**IS IT FURTHER ORDERED THAT** the Clerk of Court is directed to transfer Dominguez's Request for an Extension of Time to File a Certificate of Appealability at Docket No. 24 to the Ninth Circuit Court of Appeals.

Dated: August 28, 2015.

/s/James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
Senior United States District Judge